RICHARD M. GOLDSTEIN et al., Appellants, v HARDER SERVICES, INC., et al., Respondents.

Titone, J. P., Lazer, Thompson and Rubin, JJ., concur.